MARK D. HARRISON (State Bar No. 142958)
ADAM K. GUERNSEY (State Bar No. 282105)
RUSSELL A. FRINK (State Bar No. 302522)
HARRISON, TEMBLADOR,
HUNGERFORD & JOHNSON LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile:  (916) 382-4380

Attorneys for GRANITE CONSTRUCTION COMPANY
a California corporation, Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANITE CONSTRUCTION COMPANY, a California Corporation;<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF YOLO, a political subdivision of the State of California; and YOLO COUNTY BOARD OF SUPERVISORS;<br><br>    Defendants. | Case No. 2:21-cv-01362 JAM JDP<br><br>**STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE OF DOCUMENTS**<br><br>Date Action Filed: August 2, 2021<br><br>Judge:  Hon. John A. Mendez |

The undersigned parties hereby stipulate, pursuant to Fed. R. Civ. Proc. 5(b)(1) and 5(b)(2)(E), to serve on each other and to receive service from each other of all pleadings and other papers through electronic mail.  Parties stipulate that service will be deemed sufficient and complete upon transmission of the electronic mail, but will not be effective if the serving party learns that it did not reach the party to be served.  No other form of service will be necessary upon completion of service through electronic mail.

DATED: 08/03/2021            YOLO COUNTY COUNSEL

By:  /s/ Philip Pogledich
PHILIP POGLEDICH, COUNTY COUNSEL
ERIC MAY, DEPUTY COUNTY COUNSEL

Attorneys for Defendants County of Yolo &
Yolo County Board of Supervisors

DATED: 8/03/2021            HARRISON, TEMBLADOR,
                            HUNGERFORD & JOHNSON

By:  /s/Adam K. Guernsey
MARK D. HARRISON
ADAM K. GUERNSEY
RUSSELL A. FRINK

Attorneys for Granite Construction Company

//
//
//
//
//
//
//
//

1
STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE OF DOCUMENTS

# ORDER

The Court, having reviewed the foregoing Stipulation Authorizing Electronic Service of Documents, and good cause appearing, hereby orders that the foregoing Stipulation Authorizing Electronic Service of Documents is approved and adopted as the order of this Court:

**IT IS SO ORDERED.**

DATED: August 3, 2021          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE