UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE CONSTRUCTION COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>YOLO COUNTY BOARD OF SUPERVISORS,<br><br>            Defendant. | Case No. 2:21-cv-01362-JAM-JDP<br><br>ORDER DENYING MOTION TO COMPEL<br><br>ECF No. 13 |

On February 3, 2022, plaintiff filed a motion to compel. In violation of my civil procedure requirements, plaintiff did not first obtain permission to file.[1] Plaintiff's motion also omits a referenced attachment, ECF No. 13 at 1, and fails to include information about attempts to meet and confer with defendant, *see* Fed. R. Civ. P. 37(a)(1). Thus, plaintiff's motion to compel is denied without prejudice, and the hearing is vacated. ECF No. 13.

IT IS SO ORDERED.

Dated:   February 14, 2022

JEREMY D. PETERSON

---

[1] Available at https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/50231/.

1

UNITED STATES MAGISTRATE JUDGE