MARK D. HARRISON (State Bar No. 142958)
SEAN K. HUNGERFORD (State Bar No. 200268)
ADAM K. GUERNSEY (State Bar No. 282105)
RUSSELL A. FRINK (State Bar No. 302522)
HARRISON, TEMBLADOR,
HUNGERFORD & GUERNSEY LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile: (916) 382-4380

Attorneys for GRANITE CONSTRUCTION COMPANY
a California corporation, Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE CONSTRUCTION COMPANY, A California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF YOLO, a political subdivision of the State of California, and YOLO COUNTY BOARD OF SUPERVISORS,<br><br>        Defendants. | Case No. 2:21-CV-01362-JAM-JDP<br>Hon. John A. Mendez<br><br>**AMENDED STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

///

///

///

**AMENDED STIPULATION MODIFYING PRETRIAL SCHEDULING ORDER**

Plaintiff GRANITE CONSTRUCTION COMPANY ("Plaintiff") and Defendants COUNTY OF YOLO and YOLO COUNTY BOARD OF SUPERVISORS ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS this Court has established and amended deadlines for discovery and other matters through its Pretrial Scheduling Orders, dated October 4, 2021, March 23, 2022, and June 1, 2022 (ECF Nos. 11, 18, 21).

WHEREAS the Parties have devoted significant time and resources to settlement negotiations and have agreed by stipulation, and subsequent Order of this Court, to suspend all discovery and to focus instead on resolving their dispute (see ECF No. 21).

WHEREAS these negotiations have tentatively been successful, and the Parties have agreed in principle to a settlement that would conclude this case based upon, among other things, actions and public processes to be undertaken by Defendants to modify the Development Agreement at the heart of this litigation.

WHEREAS, as it may require a period of months for Defendants to undertake and complete these processes, the Parties jointly desire to extend the deadlines in the existing Pretrial Scheduling Order (ECF No. 21) to allow time for these processes to occur.

ACCORDINGLY, the Parties stipulate to amend the existing Pretrial Scheduling Order (ECF No. 21) to replace the existing deadlines with the proposed schedule listed in the table below:

| Deadline | Existing Schedule (ECF No. 21) | Proposed Schedule |
|---|---|---|
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery. | Fourteen (14) days prior to the close of discovery |
| Discovery Cutoff | January 31, 2023 | April 28, 2023 |
| Dispositive Motion Filing Deadline | March 31, 2023 | June 30, 2023 |
| Dispositive Motion Hearing | June 6, 2023 at 1:30PM | August 22, 2023 at 1:30PM |
| Final Pretrial Conference | July 14, 2023 at 10:00AM | October 13, 2023 at 10:00AM |
| Trial | August 28, 2023 at 9:00AM | December 11, 2023 at 9:00AM |

///

///

1  All other deadlines in the Court's prior Pretrial Scheduling Order (ECF No. 21) shall
2 remain unchanged.
3  So stipulated.
4 Dated: December 5, 2022          COLE HUBER LLP

                                   By:   /S/ Derek P. Cole
                                         Derek P. Cole
                                         Attorneys for Defendants COUNTY OF YOLO, a
                                         and YOLO COUNTY BOARD OF
                                         SUPERVISORS

Dated: December 5, 2022            HARRISON, TEMBLADOR, HUNGERFORD &
                                   GUERNSEY LLP


                                   By:   /S/ Sean K. Hungerford
                                         Sean K. Hungerford
                                         Attorneys for Plaintiff GRANITE
                                         CONSTRUCTION COMPANY

**ORDER**

For good cause, this Court approves the Parties' proposed amendments to the existing March 23, 2022 Pretrial Scheduling Order, and hereby adopts the following schedule:

| Deadline | Existing Schedule (ECF No. 21) | Proposed Schedule |
|---|---|---|
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery. | Fourteen (14) days prior to the close of discovery |
| Discovery Cutoff | January 31, 2023 | April 28, 2023 |
| Dispositive Motion Filing Deadline | March 31, 2023 | June 30, 2023 |
| Dispositive Motion Hearing | June 6, 2023 at 1:30PM | August 22, 2023 at 1:30PM |
| Final Pretrial Conference | July 14, 2023 at 10:00AM | October 13, 2023 at 10:00AM |
| Trial | August 28, 2023 at 9:00AM | December 11, 2023 at 9:00AM |

IT IS SO ORDERED.

Dated:  December 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE