MARK D. HARRISON (State Bar No. 142958)
SEAN K. HUNGERFORD (State Bar No. 200268)
ADAM K. GUERNSEY (State Bar No. 282105)
RUSSELL A. FRINK (State Bar No. 302522)
HARRISON, TEMBLADOR,
HUNGERFORD & GUERNSEY LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile: (916) 382-4380

Attorneys for GRANITE CONSTRUCTION COMPANY
a California corporation, Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE CONSTRUCTION COMPANY, A California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF YOLO, a political subdivision of the State of California, and YOLO COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | Case No. 2:21-CV-01362-JAM-JDP<br>Hon. John A. Mendez<br><br>**AMENDED STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

///

///

///

**AMENDED STIPULATION MODIFYING PRETRIAL SCHEDULING ORDER**

Plaintiff GRANITE CONSTRUCTION COMPANY ("Plaintiff") and Defendants COUNTY OF YOLO and YOLO COUNTY BOARD OF SUPERVISORS ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS this Court has established and amended deadlines for discovery and other matters through its Pretrial Scheduling Orders, dated October 4, 2021, March 23, 2022, June 1, 2022, and December 6, 2022 (ECF Nos. 11, 18, 21, 24).

WHEREAS the Parties have executed a settlement agreement and anticipate filing a dismissal with prejudice on or before June 24, 2023.

WHEREAS, the Parties jointly desire to extend the deadlines in the existing Pretrial Scheduling Order (ECF No. 24) based on the date that the Notice of Dismissal will be filed.

ACCORDINGLY, to accommodate the timeframe in which the dismissal will be filed pursuant to the signed settlement agreement, the Parties stipulate to amend the existing Pretrial Scheduling Order (ECF No. 24) to replace the existing deadlines with the proposed schedule listed in the table below:

| Deadline | Existing Schedule (ECF No. 21) | Proposed Schedule |
| --- | --- | --- |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery. | Fourteen (14) days prior to the close of discovery |
| Discovery Cutoff | April 28, 2023 | July 28, 2023 |
| Dispositive Motion Filing Deadline | June 30, 2023 | September 15, 2023 |
| Dispositive Motion Hearing | August 22, 2023 at 1:30PM | November 14, 2023 at 1:30 PM |
| Final Pretrial Conference | October 13, 2023 at 10:00AM | January 19, 2024 at 10:00AM |
| Trial | December 11, 2023 at 9:00AM | March 4, 2024 at 9:00AM |

All other deadlines in the Court's prior Pretrial Scheduling Order (ECF No. 24) shall remain unchanged.

So stipulated.

//

//

| | | |
|---|---|---|
| Dated: April 17, 2023 | | OFFICE OF THE COUNTY COUNSEL, YOLO COUNTY |

By:    /S/ Eric May
       Eric May
       Senior Deputy County Counsel
       Attorneys for Defendants COUNTY OF YOLO, a and YOLO COUNTY BOARD OF SUPERVISORS

Dated: April 17, 2023       HARRISON, TEMBLADOR, HUNGERFORD & GUERNSEY LLP

By:    /S/ Russell Frink
       Russell Frink
       Attorneys for Plaintiff GRANITE CONSTRUCTION COMPANY

**ORDER**

For good cause, this Court approves the Parties' proposed amendments to the existing December 6, 2022 Pretrial Scheduling Order, and hereby adopts the following schedule:

| Deadline | Existing Schedule (ECF No. 21) | Proposed Schedule |
|---|---|---|
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery. | **Fourteen (14) days prior to the close of discovery** |
| Discovery Cutoff | April 28, 2023 | **July 28, 2023** |
| Dispositive Motion Filing Deadline | June 30, 2023 | **September 15, 2023** |
| Dispositive Motion Hearing | August 22, 2023 at 1:30PM | **November 14, 2023, at 1:30 PM** |
| Final Pretrial Conference | October 13, 2023 at 10:00AM | **January 19, 2024, at 11:00AM** |
| Trial | December 11, 2023 at 9:00AM | **March 4, 2024, at 9:00AM** |

Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

IT IS SO ORDERED.

Dated: April 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE