1  MARK D. HARRISON (State Bar No. 142958)
   SEAN K. HUNGERFORD (State Bar No. 200268)
2  ADAM K. GUERNSEY (State Bar No. 282105)
   RUSSELL A. FRINK (State Bar No. 302522)
3  HARRISON, TEMBLADOR,
   HUNGERFORD & GUERNSEY LLP
4  2801 T Street
   Sacramento, CA 95816
5  Telephone: (916) 382-4377
   Facsimile: (916) 382-4380
6
7
   Attorneys for GRANITE CONSTRUCTION COMPANY
8  a California corporation, Plaintiff

9
                   UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA

11

12
   GRANITE CONSTRUCTION COMPANY, A        Case No. 2:21-cv-01362-JAM-JDP
13 California corporation,                Hon. John A. Mendez

14         Plaintiff,                     **STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE**
15     v.

16
   COUNTY OF YOLO, a political subdivision
17 of the State of California, and YOLO
   COUNTY BOARD OF SUPERVISORS,
18
           Defendants.
19

20

21

22

23

24

25

26 ///

27 ///

28 ///

# STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff GRANITE CONSTRUCTION COMPANY ("Plaintiff") and Defendants COUNTY OF YOLO and YOLO COUNTY BOARD OF SUPERVISORS ("Defendants"), by and through their respective counsel, hereby stipulate, in consideration of and pursuant to the terms of a negotiated settlement, to Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

So stipulated.

Dated: June 23, 2023

OFFICE OF THE COUNTY COUNSEL
FOR THE COUNTY OF YOLO

By: /S/ Eric May
Eric May
Attorneys for Defendants COUNTY OF YOLO, a and YOLO COUNTY BOARD OF SUPERVISORS

Dated: June 23, 2023

HARRISON, TEMBLADOR, HUNGERFORD & GUERNSEY LLP

By: /S/ Russell A. Frink
Russell A. Frink
Attorneys for Plaintiff GRANITE CONSTRUCTION COMPANY

**ORDER**

The stipulation is **APPROVED**. The entire action, including all claims and counterclaims stated herein against all parties, is **DISMISSED** with prejudice pursuant to the terms of the parties' settlement agreement. Additionally, any hearing dates and deadlines previously set in this matter are hereby **VACATED**.

IT IS SO ORDERED.

Dated: June 22, 2023                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE